**Fill in this information to identify the case and this filing:**

Debtor Name __American Forklift Rental & Supply, LLC__

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (*If known*): __6:18-bk-04155-CCJ__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors           12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/14/2018__              ✘ /s/ Joseph Garcia, Jr.
             MM / DD / YYYY                    _____
                                              Signature of individual signing on behalf of debtor

                                              Joseph Garcia, Jr.
                                              _____
                                              Printed name

                                              Managing Member
                                              _____
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____American Forklift Rental & Supply, LLC_____

United States Bankruptcy Court for the: _____Middle District of Florida_____

(State)

Case number (If known): _____6:18-bk-04155-CCJ_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................
    $ 711,504.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................
    $ 1,304,914.73

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................
    $ 2,016,418.73

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................
    $ 2,268,110.83

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................
    $ 70,767.95

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................
    **+**$ 106,361.69

4. **Total liabilities**...................................................................................................................
    Lines 2 + 3a + 3b
    $ 2,445,240.47

---

**Fill in this information to identify the case:**

Debtor name  American Forklift Rental & Supply, LLC

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known):  6:18-bk-04155-CCJ

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Seacoast Bank | Checking | 5  1  5  8 | $ 0.00 |
| 3.2. | Seacoast Bank | Checking | 3  4  2  1 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  $ 0.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* 6:18-bk-04155-CCJ |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less: 148,026.34 – 2,500.00 = ......➤ $ 145,526.34
    face amount    doubtful or uncollectible accounts

11b. Over 90 days old: 146,988.39 – 2,500.00 = ......➤ $ 144,488.39
    face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 290,014.73

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1. _____  _____%  _____  $_____

15.2. _____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $_____

16.2. _____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

---

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor   American Forklift Rental & Supply, LLC
         Name                                                          Case number (if known) 6:18-bk-04155-CCJ

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                  $_____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|-----------------------------------|
| **39.  Office furniture** <br> 3 Desks | $ 450.00 | Owner opinion | $ 450.00 |
| **40.  Office fixtures** | $_____ | _____ | $_____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** <br> 3 Computers | $ 450.00 | Owner Opinion | $ 450.00 |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                  $ 900.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1   2009 Utility Trailer; VIN: 540645156165161 | $ | | $ Unknown |
| 47.2   2010 Dodge Ram 5500 ST; VIN: 3D6WC7GL1AG129513 | $ | | $ Unknown |
| 47.3   2009 International 4000 Series 4300 LP; VIN: 1HTMNAAL09H08724 | $ | | $ Unknown |
| 47.4   See continuation sheet | $ 30,000.00 | | $ 30,000.00 |
| **48.   Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49.   Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 984,000.00 | | $ 984,000.00 |

**51.   Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 1,014,000.00

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | American Fondli Rental & Supply, LLC | Case number (if known) | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 5387 LB McLeod Rd., Orlando, FL 32811; Parcel Nos.: 07-23-29-1113-00-010 and | Owner | $_____ | Tax Value | $ 711,504.00 |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 711,504.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>_____ | $_____ | _____ | $_____ |
| 61. | Internet domain names and websites<br>_____ | $_____ | _____ | $_____ |
| 62. | Licenses, franchises, and royalties<br>_____ | $_____ | _____ | $_____ |
| 63. | Customer lists, mailing lists, or other compilations<br>_____ | $_____ | _____ | $_____ |
| 64. | Other intangibles, or intellectual property<br>_____ | $_____ | _____ | $_____ |
| 65. | Goodwill<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    American Forklift Rental & Supply, LLC    Case number (if known) 6:18-bk-04155-CCJ
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜  $_____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

See continuation sheet    $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    American Forklift Rental & Supply, LLC _____    Case number *(if known)* 6:18-bk-04155-CCJ _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 290,014.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,014,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................. ➜ | | $ 711,504.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,304,914.73 | ✚ 91b. $ 711,504.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................  $ 2,016,418.73                          $ 2,016,418.73

Debtor 1    American Forklift Rental & Supply, LLC

First Name        Middle Name        Last Name

Case number (if known)_____

### Continuation Sheet for Official Form 206 A/B

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 2005 Chevrolet Express G1500;<br>VIN: 1GCFG<br>15X351144774 | | Unknown | |
| 2015 Chevrolet Camaro LS (leased);<br>VIN:<br>2G1FB1E33F9197539 | | Unknown | |
| 1999 International 4000 4700;<br>VIN 1HTSCA<br>BM2XH687227 | | Unknown | |
| 12 x 42 Mobile Office Trailer (Leased) | | Unknown | |
| 2017 Chevrolet Silverado (Leased);<br>VIN:<br>3GCUKTEC8HG262775 | | Unknown | |
| 2016 Chevrolet Tahoe (Leased);<br>VIN: 1GNS<br>KBKC0GR379455 | | Unknown | |
| 2016 Chevrolet Cruze (Leased);<br>VIN: 1G1B<br>E5SM5G7291130 | | Unknown | |
| 2016 Ford Transit T-250;<br>VIN: 1FTYR1ZM4G<br>KA69891 | 15,000.00 | Owner's Opinion | 15,000.00 |
| 2016 Ford Transit T-250;<br>VIN: 1FTYR1ZM4G<br>KA46529 | 15,000.00 | Owner's Opinion | 15,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2005 Chevrolet Express G2500;<br>VIN: 1GCGG<br>29V251151623 | | Unknown | |
| 2006 GMC Savana CutAway G350;<br>VIN: 1GDHG<br>312861266123 | | Unknown | |
| 2011 Raymond 425-C40 | 3,500.00 | Owner's Opinion | 3,500.00 |

American Forklift Rental & Supply, LLC

Debtor 1 _____   Case number (if known)_____
First Name          Middle Name          Last Name

### Continuation Sheet for Official Form 206 A/B

TT;
  SN: 425-11-32412

| Item | Value | | Value |
|---|---|---|---|
| 2006 Toyota 7FBEU25;<br>  SN: 63513 | 5,000.00 | Owner's Opinion | 5,000.00 |
| 2006 Toyota 7FBCU25;<br>  SN: 72022 | 6,500.00 | Owner's Opinion | 6,500.00 |
| 2016 Liugong  CLG202<br>5G Forklift;<br>  SN: FT029008 | 16,500.00 | Owner's Opinion | 16,500.00 |
| F20249 LIUGONG CLG20<br>30H FORKLIFT;<br>  SN: FT029016 | 15,000.00 | Owner's Opinion | 15,000.00 |
| 2009 Crown PE4000-60<br>; SN: 6A239865 | 3,000.00 | Owner's Opinion | 3,000.00 |
| 2017 Liugong 2015 f2<br>0215 2030H Forklift;<br>  SN:FT028076 | 17,500.00 | Owner's Opinion | 17,500.00 |
| 2017 F20246 LIUGONG<br>2025H FORKLIFT;<br>  SN: FT029013 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 F20262 LIUGONG<br>CLG2025H FORKLIFT;<br>  SN: FT029140 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong CLG2025<br>H (LPG)   20265;<br>  SN: FT029143 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2005 Yale MPE060LCN2<br>4T2796; SN: N555097 | 2,500.00 | Owner's Opinion | 2,500.00 |
| 2014 UN FG25;<br>  SN: 12L301220 | 12,500.00 | Owner's Opinion | 12,500.00 |
| 2014 UN FG25;<br>  SN: 12L250996 | 12,500.00 | Owner's Opinion | 12,500.00 |
| 2013 UN FG25;<br>  SN: 12L250995 | 12,500.00 | Owner's Opinion | 12,500.00 |
| 2010 Toyota TY502700<br>48; SN: 4103222-04 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 2006 Toyota 7FGU25;<br>  SN: 74361 | 6,500.00 | Owner's Opinion | 6,500.00 |
| 2006 Toyota 7FGU25;<br>  SN: 74345 | 6,500.00 | Owner's Opinion | 6,500.00 |
| 2006 Toyota 7FGU25;<br>  SN: 73106 | 6,500.00 | Owner's Opinion | 6,500.00 |

Debtor 1    American Forklift Rental & Supply, LLC        Case number *(if known)*_____

       First Name     Middle Name     Last Name

### Continuation Sheet for Official Form 206 A/B

| | | |
|---|---|---|
| 2006 Toyota 7FBCU25; 6,500.00 SN: 71912 | Owner's Opinion | 6,500.00 |
| 2006 Toyota 7FBCU25; 5,500.00 SN: 71731 | Owner's Opinion | 5,500.00 |
| 2005 Toyota 7HBE30; 6,500.00 SN: 69093 | Owner's Opinion | 6,500.00 |
| 2005 Toyota 7HBE30; 6,500.00 SN: 69092 | Owner's Opinion | 6,500.00 |
| 2006 Toyota 7FGU25; 5,500.00 SN: 68039 | Owner's Opinion | 5,500.00 |
| 2006 Toyota 7FGU25; 5,500.00 SN: 67972 | Owner's Opinion | 5,500.00 |
| 2002 Toyota 6FGCU15; 4,500.00 SN: 66441 | Owner's Opinion | 4,500.00 |
| 2006 Toyota 7FBCU25; 5,500.00 SN: 63568 | Owner's Opinion | 5,500.00 |
| 2006 Toyota 7FBCU25; 5,000.00 SN: 63516 | Owner's Opinion | 5,000.00 |
| 2006 Toyota 7FBCU15; 5,000.00 SN: 62900 | Owner's Opinion | 5,000.00 |
| 2008 Toyota 7FBCU25; 5,000.00 SN: 60201 | Owner's Opinion | 5,000.00 |
| 2002 Toyota 52-6FGCU 5,000.00 45; SN: 61692 | Owner's Opinion | 5,000.00 |
| 1998 Toyota 5FBCU25; 5,000.00 SN: 61570 | Owner's Opinion | 5,000.00 |
| 2006 Toyota 7FBCU30; 5,500.00 SN: 61191 | Owner's Opinion | 5,500.00 |
| 2006 Toyota 7HBCU30; 4,500.00 SN: 60424 | Owner's Opinion | 4,500.00 |
| 1998 Toyota 5FBCU30; 5,500.00 SN: 60408 | Owner's Opinion | 5,500.00 |
| 2006 Toyota 7FBCU30; 5,500.00 SN: 60358 | Owner's Opinion | 5,500.00 |
| 2006 Toyota 7FBEU25; 5,500.00 SN: 60201 | Owner's Opinion | 5,500.00 |
| 2006 Toyota 7FBEU20; 5,000.00 SN: 60186 | Owner's Opinion | 5,000.00 |
| 2006 Toyota 7FBEU25; 5,000.00 SN: 60100 | Owner's Opinion | 5,000.00 |

American Forklift Rental & Supply, LLC

Debtor 1 _____    Case number (if known)_____

First Name    Middle Name    Last Name

### Continuation Sheet for Official Form 206 A/B

| | | | | |
|---|---|---|---|---|
| 2010 Toyota 8TB50;<br>SN: 40156 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2010 Toyota 8TB50;<br>SN: 40147 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2010 Toyota 8TB50;<br>SN: 40127 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2010 Toyota 8HBE30;<br>SN: 37330 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2010 Toyota 8HBE30;<br>SN: 36985 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2006 Toyota 7HBE30;<br>SN: 31410 | 3,000.00 | | Owner's Opinion | 3,000.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18006 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18002 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2010 Toyota 7FBEU20;<br>SN: 13967 | 3,000.00 | | O | 3,000.00 |
| 2010 Toyota 7FBEU15;<br>SN: 10844 | 3,500.00 | | Owner's Opinion | 3,500.00 |
| 2006 Toyota 7FBEU20;<br>SN: 10606 | 3,000.00 | | Owner's Opinion | 3,000.00 |
| 1998 Toyota 5FBCU25;<br>SN: 10244 | 3,000.00 | | Owner's Opinion | 3,000.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18680 | 7,500.00 | | Owner's Opinion | 7,500.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18641 | 7,500.00 | | Owner's Opinion | 7,500.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18642 | 7,500.00 | | Owner's Opinion | 7,500.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18644 | 4,500.00 | | Owner's Opinion | 4,500.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18665 | 4,500.00 | | Owner's Opinion | 4,500.00 |
| 2010 Toyota 7FBEU20;<br>SN: 18660 | 4,500.00 | | Owner's Opinion | 4,500.00 |
| 2004 Toyota 7FBEU20;<br>SN: 11106 | 4,500.00 | | Owner's Opinion | 4,500.00 |
| 2011 Toyota 7FBEU20;<br>SN: 19219 | 4,500.00 | | Owner's Opinion | 4,500.00 |

American Forklift Rental & Supply, LLC

| Debtor 1 | | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| 2011 Toyota 7FBEU20; 4,500.00<br>SN: 19244 | | Owner's Opinion | 4,500.00 |
| 2011 Toyota 7FBEU20; 4,500.00<br>SN: 19728 | | Owner's Opinion | 4,500.00 |
| 2002 Tai Lift FG18; 5,500.00<br>SN: 311598B | | Owner's Opinion | 5,500.00 |
| 2010 Raymond 8400; 3,500.00<br>SN:840-08-75895 | | Owner's Opinion | 3,500.00 |
| 2010 Raymond 8400; 3,500.00<br>SN:840-08-75878 | | Owner's Opinion | 3,500.00 |
| 2010 Raymond 8400; 3,500.00<br>SN:840-08-75875 | | Owner's Opinion | 3,500.00 |
| 2010 Raymond 8400; 3,500.00<br>SN:840-08-75859 | | Owner's Opinion | 3,500.00 |
| 2011 Raymond 425-C40 4,500.00<br>TT;<br> SN: 425-11-32411 | | Owner's Opinion | 4,500.00 |
| 2011 Raymond415-C35T 3,500.00<br>T; SN: 425-11-31361 | | Owner's Opinion | 3,500.00 |
| 2011 Raymond 425-C40 3,500.00<br>TT;<br> SN: 425-11-32409 | | Owner's Opinion | 3,500.00 |
| 2011 Raymond 425-C40 3,500.00<br>TT;<br> SN: 425-11-32414 | | Owner's Opinion | 3,500.00 |
| 2011 Raymond 425-C40 3,500.00<br>TT;<br> SN: 425-11-32415 | | Owner's Opinion | 3,500.00 |
| 2011 Raymond 425-C40 3,500.00<br>TT;<br> SN: 425-11-324113 | | Owner's Opinion | 3,500.00 |
| 2007 Raymond 420-C35 3,500.00<br>TT;<br> SN: 420-07-14055 | | Owner's Opinion | 3,500.00 |
| 2007 Raymond 420-C35 3,500.00<br>TT;<br> SN: 420-07-00021 | | Owner's Opinion | 3,500.00 |
| 2011 Raymond 425-C40 4,500.00<br>TT;<br> SN: 425-11-32920 | | Owner's Opinion | 4,500.00 |
| 2011 Raymond 425-C40 4,500.00<br>TT;<br> SN: 425-11-32917 | | Owner's Opinion | 4,500.00 |

6:18-bk-04155-CCJ

American Forklift Rental & Supply, LLC

| Debtor 1 | | | Case number (if known) |
|---|---|---|---|
| First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| 2011 Raymond 425-C40 TT;<br>SN: 425-11-32915 | 4,500.00 | Owner's Opinion | 4,500.00 |
| 2011 Raymond 425-C40 TT; SN: 425-11-329; | 4,500.00 | Owner's Opinion | 4,500.00 |
| 2012 Raymond 425-C35 TT;<br>SN: 425-12-34274 | 4,500.00 | Owner's Opinion | 4,500.00 |
| 2012 Raymond 425-C35 TT;<br>SN: 425-12-34276 | 4,500.00 | Owner's Opinion | 4,500.00 |
| 1990 Marklift 2558;<br>SN: 7200131 | 500.00 | Owner's Opinion | 500.00 |
| 2016 Liugong CLG2015 A-T 3WHEEL ELECTRIC;<br>SN: GT032129 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2016 Liugong CLG2020 L  PALLET JACK;<br>SN: FT026255 | 1,500.00 | Owner's Opinion | 1,500.00 |
| 2016 Liugong CLG2020 L  PALLET JACK;<br>SN: FT026254 | 1,500.00 | Owner's Opinion | 1,500.00 |
| 2016 Liugong CLG2015 h-WS PALLET STACKER;<br>SN: FT026256 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 2016 Liugong CLG2030 H/FORKLIFT;<br>SN: FT028010 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2016 Liugong  CLG202 5G Forklift;<br>SN: FT027337 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2016 Liugong  CLG202 5G Forklift;<br>SN: FT029009 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2016 Liugong  CLG202 5G Forklift;<br>SN: GT030452 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2016 Liugong CLG2025 G Forklift;<br>SN: GT030449 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong CLG2025 G Forklift;<br>SN: GT03450 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong CLG2025 G Forklift; | 16,500.00 | Owner's Opinion | 16,500.00 |

American Forklift Rental & Supply, LLC

| Debtor 1 | | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

SN: GT032217

| | | | |
|---|---|---|---|
| 2017 Liugong CLG2025 AS Battery Counter Ba  SN: HT810297 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong  CLG203 0H/HYD/CBIC/FORKLIFT;  SN: FT028077 | 15,000.00 | Owner's Opinion | 15,000.00 |
| 2017 Liugong CLG2025 H (LPG)   20261;  SN: FT029139 | 15,000.00 | Owner's Opinion | 15,000.00 |
| 2017 Liugong  CLG202 5H (LPG)   20273;  SN: GT030448 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong CLG2025 H (LPG)   20272;  SN: GT030447 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong CLG2025 H (LPG)   20271;  SN: GT030444 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong CLG2025 H (LPG)   20267;  SN: GT030445 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 F20266 LIUGONG 2025H FORKLIFT;  SN: FT029144 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 F20264 LIUGONG 2025H FORKLIFT;  SN: FT029142 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 F20263 LIUGONG 2025H FORKLIFT;  SN: FT029141 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 F20260 LIUGONG 2025H Forklift;  SN: FT029138 | 15,500.00 | Owner's Opinion | 15,500.00 |
| 2017 F20247 LIUGONG 2025H FORKLIFT;  SN: FT029014 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 F20245 LIUGONG 2025H FORKLIFT;  SN: FT029010 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 F20059 LIUGONG 2020A FORKLIFT;  SN: DT018143 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2017 Liugong F20062 2015A FORKLIFT; | 16,500.00 | Owner's Opinion | 16,500.00 |

Debtor 1 ____American Forklift Rental & Supply, LLC_____     Case number (*if known*)_____

     First Name     Middle Name     Last Name

## Continuation Sheet for Official Form 206 A/B

SN: DT020150

| | | | |
|---|---|---|---|
| 2017 Liugong F20061 2015A FORKLIFT;<br>SN: DT020151 | 13,500.00 | Owner's Opinion | 13,500.00 |
| 2017 Liugong CLG2030 H FORKLIFT;<br>SN: FT029146 | 17,500.00 | Owner's Opinion | 17,500.00 |
| 2017 Liugong 11633 L iugong 385 Skid Steer<br>SN: CLG038DBKFS00230 | 25,000.00 | Owner's Opinion | 25,000.00 |
| 2017 Liugong 2015 F2 0242 LiuGong CLG12025<br>SN: FT029011 | 17,500.00 | Owner's Opinion | 17,500.00 |
| 2017 Liugong 2015 F2 0164  CLG2030H Forkli<br>SN: ET023906 | 17,500.00 | Owner's Opinion | 17,500.00 |
| 2017 Liugong CLG2025 H(LPG) Counter Balanc<br>SN: GT030451 | 16,500.00 | Owner's Opinion | 16,500.00 |
| 2008 Jungheinrich EF G218; SN:FN38502 | 2,500.00 | Owner's Opinion | 2,500.00 |
| 2009 Hyster S30FT;<br>SN: E010V02862F | 1,500.00 | Owner's Opinion | 1,500.00 |
| 1998 Hyster E80XL;<br>SN: C098V04677V | 2,500.00 | Owner's Opinion | 2,500.00 |
| 2002 Crown Stacker 3 0 WTL; SN: W78840 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 2009 Crown PE4000-60 ; SN: 6A239542 | 3,000.00 | Owner's Opinion | 3,000.00 |
| 2009 Crown PE4000-60 ; SN: 6A239490 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 2009 Crown PE4000-60 ; SN: 6A239467 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 2009 Crown PE4000-80 ; SN:6A206992 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 2009 Crown PE4000-80 ; SN:6A206987 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 2009 Crown WP2345-45 ; SN: 5A391145 | 3,500.00 | Owner's Opinion | 3,500.00 |
| 1997 Clark TM 20;<br>SN: TM247-583-9058 | 1,500.00 | Owner's Opinion | 1,500.00 |
| 2002 Caterpillar 2EC | 2,500.00 | Owner's Opinion | 2,500.00 |

6:18-bk-04155-CCJ

Debtor 1 ___American Forklift Rental & Supply, LLC_____

First Name       Middle Name       Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

15; SN: A2EC1-61626

**2004 CAT C6500;**      1,500.00          Owner's Opinion      1,500.00
 SN: AT83F50186

**Hotsy Model 853 Pres** 1,500.00          Owner's Opinion      1,500.00
**sure Washer;**
 SN:11091270-00196


**73) Interests in insurance policies or annuities**

Auto Insurance - Amtrust          0.00

Liability Insurance - Amtrust     Unknown

**Fill in this information to identify the case:**

Debtor name __American Forklift Rental & Supply, LLC__

United States Bankruptcy Court for the: __Middle District of Florida__ District of _____
(State)

Case number (If known): __6:18-bk-04155-CCJ__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
1st Global Capital LLC

Describe debtor's property that is subject to a lien
Blanket Lien/UCC-1

$ 65,000.00        $ 0.00

Creditor's mailing address

1250 East Hallandale Beach Blvd.
Ste. 903, Hallandale Beach, FL 33009

Describe the lien
UCC-1

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

**2.2** Creditor's name
ABC Merchant Solutions, LLC

Describe debtor's property that is subject to a lien
Judgment Lien/UCC-1 Statement

$51,204.41        $0.00

Creditor's mailing address
30 Broad Street
14 th Floor, Ste. 14108, New York, NJ 1000

Describe the lien
Consent Judgment/UCC-1

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 2,268,110.83

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* 6:18-bk-04155-CCJ |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

|  | Column A |  Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**
BOK Financial

_____

**Creditor's mailing address**

5956 Sherry Lane
Ste. 600, Dallas, TX 75225

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    3/4/2016
**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

28 Liugong Forklifts

**Amount of claim:** $425,269.44
**Value of collateral:** $0.00

**Describe the lien**
Purchase Money Security Interest/UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**
CAN Capital Asset Servicing, Inc. (CCAS)

_____

**Creditor's mailing address**

155 North 400 West
Ste. 315, Salt Lake City, UT 84103

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    8172

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket Lien/UCC-1

**Amount of claim:** $5,000.00
**Value of collateral:** $0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __American Forklift Rental & Supply, LLC_____    Case number _(if known)_ __6:18-bk-04155-CCJ__
          Name

| Part 1: | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>*Value of collateral*<br>*that supports this*<br>*claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** | **Creditor's name**
CIT Bank, NA

**Describe debtor's property that is subject to a lien**

7 Liugong Forklifts

$165,239.85        $96,900.00

**Creditor's mailing address**

10201 Centurion Parkway North
Ste. 100, Jacksonville, FL 32256

**Creditor's email address, if known**

**Describe the lien**

Purchase Money Security Interest/UCC-1

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6** | **Creditor's name**
Enverto c/o Currency Capital LLC

**Describe debtor's property that is subject to a lien**

Lease/Purchase Money Security Interest in various Toyota Forklifts

$ 18,500.00        $ 0.00

**Creditor's mailing address**

12100 WILSHIRE BLVD. STE 1750
Los Angeles, CA 90025

**Creditor's email address, if known**

**Date debt was incurred** 5/23/2017
**Last 4 digits of account number** _____

**Describe the lien**

Lease Agreement/Purchase Money Security

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor  American Forklift Rental & Supply, LLC _____
        Name

Case number (if known)  6:18-bk-04155-CCJ

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7  Creditor's name**
Fidelity Bank
_____

**Creditor's mailing address**

1122 Pace St.
1st Floor, Covington, GA 30014
_____

**Creditor's email address, if known**
_____

**Describe debtor's property that is subject to a lien**

5387 LB McLeod Rd., Orlando, FL 32811

$ 929,523.13        $ 711,504.00

**Date debt was incurred**  3/4/2016
**Last 4 digits of account number**  _____

**Describe the lien**
SBA Loan - Mortgage and UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8  Creditor's name**
Lease Consultants Corporation
_____

**Creditor's mailing address**

PO Box 71397
Clive, IA 50325
_____

**Creditor's email address, if known**
_____

**Describe debtor's property that is subject to a lien**

Hotsy Model 853 Pressure Washer;
SN:11091270-00196

$ 6,376.22        $ 1,500.00

**Date debt was incurred**  _____
**Last 4 digits of account number**  2502

**Describe the lien**
Purchase Money Security Interest/Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | American Forklift Rental & Supply, LLC | Case number (if known) | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9** Creditor's name
Navitas Credit Corp.

Creditor's mailing address

111 Executive Dr.
Ste. 102, Columbia, SC 29210

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number ___1516___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 25T LPG Forklifts

$12,479.29            $0.00

**Describe the lien**
Purchase Money Security Interest/Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
Rush Truck Centers of Florida

Creditor's mailing address

2350 Diversified Way
Orlando, FL 32804

Creditor's email address, if known

Date debt was incurred ___1/4/2018___
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Ford Transit T-250; VIN: 1FTYR1ZM4GKA46529

$23,693.57            $15,000.00

**Describe the lien**
Car Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ____American Forklift Rental & Supply, LLC_____    Case number (if known)___6:18-bk-04155-CCJ_____
          Name

| Part 1: | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** Creditor's name
Rush Truck Centers of Florida

_____

Creditor's mailing address

2350 Diversified Way
Orlando, FL 32804

_____

Creditor's email address, if known

_____

Date debt was incurred    1/22/2018
Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2016 Ford Transit T-250; VIN: 1FTYR1ZM4GKA69891

Describe the lien
Car Loan
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,032.67    $15,000.00

**2.12** Creditor's name
Seacoast National Bank

_____

Creditor's mailing address

815 Colorado Avenue
Stuart, FL 34995

_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Purchase Money Security Interest in various Toyota Forklifts

Describe the lien
Purchase Money Security Interest/UCC-1
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$113,421.75    $ 0.00

| Debtor | American Forklift Rental & Supply, LLC | Case number (if known) 6:18-bk-04155-CCJ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name
Seacoast National Bank

_____

Creditor's mailing address

815 Colorado Avenue
Stuart, FL 34995

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   7551

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Blanket Lien/UCC-1

$50,256.00     $0.00

Describe the lien
Line of Credit/UCC-1

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name
Seacoast National Bank

_____

Creditor's mailing address

815 Colorado Avenue
Stuart, FL 34995

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Purchase Money Security Interest in various Toyota Forklifts

$ 113,696.25     $ 0.00

Describe the lien
Purchase Money Security Interest/UCC-1

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | American Forklift Rental & Supply, LLC | Case number (if known) | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15** **Creditor's name**
Seacoast National Bank

_____

**Creditor's mailing address**

815 Colorado Avenue
Stuart, FL 34995

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**      7555

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Purchase Money Security Interest in various Toyota Forklifts

$195,000.00            $0.00

**Describe the lien**

Agreement you made, Purchase Money Sec

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**
Seacoast National Bank

_____

**Creditor's mailing address**

815 Colorado Avenue
Stuart, FL 34995

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Purchase Money Security Interest in various Toyota Forklifts

$26,003.59            $0.00

**Describe the lien**

Purchase Money Security Interest/UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    American Forklift Rental & Supply, LLC
Name

Case number *(if known)*    6:18-bk-04155-CCJ

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name

Seacoast National Bank

_____

**Creditor's mailing address**

815 Colorado Avenue

Stuart, FL 34995

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    7556

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Purchase Money Security Interest in various Toyota Forklifts

$43,414.66    $0.00

**Describe the lien**

Purchase Money Security Interest/UCC-1

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__** Creditor's name

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | American Forklift Rental & Supply, LLC | Case number _(if known)_ | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BOKF, NA dba Bank of Texas<br>PO Box 22117<br>Tulsa, OK, 74121-2117 | Line 2. 3 | _____ |
| CAN Capital Asset Servicing, Inc. (CCAS) c/o Corporation Service Company<br>PO Box 2576<br>Springfield, IL, 62708 | Line 2. 4 | 8172 |
| Navitas Credit Corp.<br>PO Box 935204<br>Atlanta, GA, 31193-5204 | Line 2. 9 | 1516 |
| Pawnee Leasing Corporation<br>3801 Automation Way<br>Fort Collins, CO, 80525 | Line 2. 6 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    American Forklift Rental & Supply, LLC

United States Bankruptcy Court for the:    Middle District of Florida

Case number    6:18-bk-04155-CCJ
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Florida Department of Revenue
Bankruptcy Unit
PO Box 6668
Tallahasee, FL, 3800

As of the petition filing date, the claim is: $ 3,800.00     $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes & Other Government Units

Date or dates debt was incurred
_____

Last 4 digits of account
number    4038

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA, 19104-0424

As of the petition filing date, the claim is: $ 66,967.95     $ 62,212.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Taxes & Other Government Units

Date or dates debt was incurred
2016, 2017

Last 4 digits of account
number    4038

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account
number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  American Foundation & Supply, LLC
    Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
1st Global Capital LLC
1250 East Hallandale Beach Blvd.
Hallandale, FL, 33009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
ABC Merchant Solutions LLC
30 Broad St.
14th Floor, Ste. 14108
New York, NY, 10004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
All Lift of Georgia, Inc.
175 Carnes Dr
Fayetteville, GA, 30214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,829.55

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
American Rental Association
1900 19th St.
Moline, IL, 61265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 736.25

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Aramark
5880 Nolensville Pike
Nashville, TN, 37211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,020.85

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Branch Banking and Trust Company
c/o CT Corporation System
1200 South Pine Island Rd.
Fort Lauderdale, FL, 33324

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 12,616.48

Date or dates debt was incurred    03/1/2018
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **American Food & Supply, LLC**
Name

Case number (if known) 8:18-bk-04155-CCJ

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7  **Nonpriority creditor's name and mailing address**

Branch Banking and Trust Company
c/o CT Corporation System
1200 South Pine Island Rd.
Fort Lauderdale, FL, 33204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 2,029.38

Date or dates debt was incurred      9/9/2015

Last 4 digits of account number      9001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Brent McKenzie/Trillions Consortium Global
Group, LLC dba TCH
2655 Le Jeune Rd.
Ste. 403
Miami, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ Unknown

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9  **Nonpriority creditor's name and mailing address**

BuyerZone.Com
225 Wyman Street
Waltham, MA, 02451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,664.40

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10  **Nonpriority creditor's name and mailing address**

CAN Capital Asset Servicing, Inc. (CCAS)
155 North 400 West
Ste. 315
Salt Lake City, UT, 84103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11  **Nonpriority creditor's name and mailing address**

Carolina Handling, LLC
3101 Piper Ln.
Charlotte, NC, 28208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,212.50

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 3 of 13

| Debtor | American Fortune Cable & Supply, LLC | Case number (if known) 6:18-bk-04155-CCJ |
|--------|--------------------------------------|------------------------------------------|
|        | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Central Florida Cable Communications, Inc.
c/o Baker & Hostetler
200 S. Orange Ave., Ste. 2300
Orlando, FL, 32801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,000.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.13** **Nonpriority creditor's name and mailing address**

Cintas Corporation  (G&K Services)
7320 Kingspointe Pkwy, Suite 550
Orlando, FL, 32819

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 711.94

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.14** **Nonpriority creditor's name and mailing address**

CIT Bank
10201 Centurion Parkway North
Ste. 100
Jacksonville, FL, 32256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.15** **Nonpriority creditor's name and mailing address**

Comcast Business
1701 JFK Boulevard
Philadelphia, PA, 19103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cable / Satellite Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 443.44

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.16** **Nonpriority creditor's name and mailing address**

Corporate Debt Advisors
3333 S Congress Ave
Delray Beach, FL, 33445

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

| Debtor | | |
|---|---|---|
| American Foundation & Supply, LLC | | |
| Name | | Case number *(if known)* 8:18-bk-04155-CCJ |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Currency Capital
12100 WILSHIRE BLVD. STE 1750
Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$_unknown _____

---

**3.18** Nonpriority creditor's name and mailing address

Fastenal
2001 Theurer Blvd
Winona, MN, 55987

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 145.85 _____

---

**3.19** Nonpriority creditor's name and mailing address

Fidelity Bank
1122 Pace St.
1st Floor, Ste. 100
Covington, GA, 30014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown _____

---

**3.20** Nonpriority creditor's name and mailing address

Fifth Third Bank
1830 E Paris Ave SE
MD RSCB3E- RC
Grand Rapids, MI, 49546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 0496 _____

$ 5,794.26 _____

---

**3.21** Nonpriority creditor's name and mailing address

Fire Tech Extinguisher Service & Safety
Equipment
10627 5th Ave.
Ocoee, FL, 34761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 111.29 _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | | |
|---|---|---|
| American Fourth Fourth Supply LLC | | |
| Name | | Case number (if known) 8:18-bk-04155-CCJ |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22    **Nonpriority creditor's name and mailing address**

Ford Motor Credit
P.O. BOX 105704
Atlanta, GA, 30348

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease - 2016 Ford Transit T-250 - 1FTYR1ZM4GKA46529

$_unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23    **Nonpriority creditor's name and mailing address**

Ford Motor Credit
P.O. BOX 105704
Atlanta, GA, 30348

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease - 2016 Ford Transit T-250 - 1FTYR1ZM4GKA69891

$ Unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24    **Nonpriority creditor's name and mailing address**

GM Financial
P.O. BOX 100
Buffalo, NY, 14231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease - 2017 1500 Silverado

$ Unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25    **Nonpriority creditor's name and mailing address**

GM Financial
P.O. BOX 100
Buffalo, NY, 14231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease -2016 Chevrolet Cruze

$ Unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26    **Nonpriority creditor's name and mailing address**

GM Financial
P.O. BOX 100
Buffalo, NY, 14231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease - 2016 Chevrolet Tahoe

$_Unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.27** | **Nonpriority creditor's name and mailing address**

Green Power Batteries, LLC
PO Box 2623
San Marcos, CA, 92079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.28** | **Nonpriority creditor's name and mailing address**

Interstate Batteries of Lakeland
PO Box 2673

Eaton Park, FL, 33840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 938.15

Date or dates debt was incurred _____
Last 4 digits of account number    8415

---

**3.29** | **Nonpriority creditor's name and mailing address**

Kosto & Rotella, PA
619 E. Washington St.
PO Box 113
Orlando, FL, 32802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.30** | **Nonpriority creditor's name and mailing address**

Lease Consultants Corporation
PO Box 71397
Des Moines, IA, 50325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.31** | **Nonpriority creditor's name and mailing address**

M2 Lease Funds LLC
175 N. Patrick Blvd.
Ste. 140
Brookfield, WI, 53045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Leased - Modular Building Unit #171745.

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | American Foundation Supply LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* 8:18-04155-CCJ | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 32    **Nonpriority creditor's name and mailing address**

Navitas Credit Corp.
111 Executive Dr.
Ste. 102
Columbia, SC, 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$_Unknown_____

---

**3.** 33    **Nonpriority creditor's name and mailing address**

Power Solutions International
201 Mittel Dr.
Wood Dale, IL, 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 404.81

---

**3.** 34    **Nonpriority creditor's name and mailing address**

Records Company LLC
12100 Wilshire Blvd.
Ste. 1750
Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.** 35    **Nonpriority creditor's name and mailing address**

Records Company, LLC
12100 Wilshire Blvd.
Ste. 1750
Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Blanket Lien

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.** 36    **Nonpriority creditor's name and mailing address**

RevMaster Machine & Parts LLC
5358 Old Winter Garden Rd.
Orlando, FL, 32811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,635.92

---

| Debtor | American Fashion & Supply, LLC | |
| --- | --- | --- |
| | Name | |
| | | Case number (if known) 18-bk-04155-CCJ |

## Part 2:    Additional Page

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.**37  **Nonpriority creditor's name and mailing address**

Sams Gas
8222 S Orange Ave.
Orlando, FL, 32809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 728.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**38  **Nonpriority creditor's name and mailing address**

Seacoast National Bank
815 Colorado Avenue
Stuart, FL, 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**39  **Nonpriority creditor's name and mailing address**

Seacoast National Bank
815 Colorado Avenue
Stuart, FL, 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**40  **Nonpriority creditor's name and mailing address**

Seacoast National Bank
815 Colorado Avenue
Stuart, FL, 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**41  **Nonpriority creditor's name and mailing address**

Seacoast National Bank
815 Colorado Avenue
Stuart, FL, 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  American Foundation Supply LLC
Name

Case number (if known) 18-bk-04155-CCJ

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

Seacoast National Bank
815 Colorado Avenue
Stuart, FL, 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$_unknown  _____

---

**3.** 43  **Nonpriority creditor's name and mailing address**

Seacoast National Bank
815 Colorado Avenue
Stuart, FL, 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$_unknown  _____

---

**3.** 44  **Nonpriority creditor's name and mailing address**

Sherwin Williams
c/o DeHaan-Bach Law Firm
25 Whitney Dr., Ste. 106
Milford, OH, 45150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  NSF check #50415

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   2201

$ 340.71  _____

---

**3.** 45  **Nonpriority creditor's name and mailing address**

SunTrust Bank
PO Box  791250
Baltimore, MD, 21279-1250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   7288

$ 15,638.07  _____

---

**3.** 46  **Nonpriority creditor's name and mailing address**

Teletrac Navman
2700 Patriot Blvd, Ste 200
Glenview, IL, 60026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 360.00  _____

---

| Debtor | American Fundraising Supply, Inc. | Case number (if known) 18-bk-04155-CCJ |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47  **Nonpriority creditor's name and mailing address**

Trader Interactive
999 Waterside Dr
Norfolk, VA, 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 900.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 48  **Nonpriority creditor's name and mailing address**

WEX, Inc.
c/o Greenberg, Grant & Richards
PO Box 571811
Houston, TX, 77057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 10,199.04

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    9626

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| Debtor | American Fork... | Case number (if known) 6-18-bk-04155-CCJ |
|---|---|---|
| | Name | |

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 3:</strong></td><td colspan="2" style="background:black;color:white"><strong>List Others to Be Notified About Unsecured Claims</strong></td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Branch Banking Trust Company<br>200 West Second Street<br>Winston-Salem, NC, 27101-4019 | Line 3.7<br>☐ Not listed. Explain: | _____ |
| 4.2. | Fifth Third Bank c/o Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL, 32301 | Line 3.20<br>☐ Not listed. Explain | 0496 |
| 4.3. | Green Power Batteries, LLC<br>c/o The Law Offices of Sean Jones<br>750 B. Street, Ste. 1950<br>San Diego, CA, 92101 | Line 3.27<br>☐ Not listed. Explain | _____ |
| 4.4. | LIUGONG c/o CIT Bank<br>10201 Centurion Parkway North<br>Ste. 100<br>Jacksonville, FL, 32256 | Line 3.14<br>☐ Not listed. Explain | _____ |
| 41. | MCA Recovery<br>17 State St.<br>Ste. 4000<br>New York, NY, 10004 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.5. | SunTrust Bank<br>c/o Corporation Service Company<br>1201 Hays St.<br>Tallahassee, FL, 32301 | Line 3.45<br>☐ Not listed. Explain | 7288 |
| 4.6. | SunTrust Cardmember Services<br>PO Box 305183<br>Nashville, TN, 37230-5183 | Line 3.45<br>☐ Not listed. Explain | 7288 |
| 4.7. | The Ticktin Law Group, PLLC<br>270 SW Natura Ave<br>Deerfield Beach, FL, 33441 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor   American Food Services, Inc.                              Case number (if known) 6:18-bk-04155-CCJ
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 70,767.95 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 106,361.69 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 177,129.64 |

**Fill in this information to identify the case:**

Debtor name __American Forklift Rental & Supply, LLC__

United States Bankruptcy Court for the: __Middle District of Florida__ District of _____
(State)

Case number (If known): __6:18-bk-04155-CCJ__    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2009 International 4000 Series 4300 LP; VIN: 1HTMNAAL09H087241 Lessee | Branch Banking and Trust Company c/o CT Corporation System 1200 South Pine Island Rd. Fort Lauderdale, FL, 33324 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 2010 Dode Ram 5500 ST; VIN:3D6WC7GL1AG129513 Lessee | Branch Banking and Trust Company c/o CT Corporation System 1200 South Pine Island Rd. Fort Lauderdale, FL, 33324 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Mobile Office Trailer located at 5387 LB McLeod Rd. Lessor | Tenant 5387 LB McLeod Rd. Orlando, FL, 32811 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 2015 Chevrolet Camaro LS Lessee | GM Financial P.O. BOX 100 Buffalo, NY, 14231 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 2016 Chevrolet Cruze; VIN: 1G1BE5SM5G7291130 Lessee | GM Financial Leasing PO Box 100 Buffalo, NY, 14231 |
| | State the term remaining | 36 months | |
| | List the contract number of any government contract | | |

| Debtor | American Forklift Rental & Supply, LLC | Case number (*if known*) | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2016 Chevrolet Tahoe; VIN: 1GNSKBKC0GR379455<br>Lessee<br><br>36 months | GM Financial Leasing<br>PO Box 100<br><br>Williamsville, NY, 14231 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2017 Chevrolet Silverado; VIN: 3GUKTEC8H6262775<br>Lessee<br><br>36 months | GM Financial Leasing<br>PO Box 100<br>Buffalo, NY, 14231 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 12x42 Mobile Office Trailer; SN: 17145<br>Lessor<br><br>36 months | M2 Lease Funds, LLC<br>175 N. Patrick Blvd.<br>Ste. 140<br>Brookfield, WI, 53045 |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __American Forklift Rental & Supply, LLC__

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): __6:18-bk-04155-CCJ__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Joseph Garcia, Jr. | Joseph Garcia, Jr. 6145 Andreozzi Lan Windermere, FL, 34786 | Lease Consultants Corpor | ☑ D ☐ E/F ☐ G |
| 2.2 Joseph Garcia, Jr. | Joseph Garcia, Jr. 6145 Andreozzi Lan Windermere, FL, 34786 | Ford Motor Credit | ☐ D ☑ E/F ☐ G |
| 2.3 Jospeh Garcia, Jr. | Jospeh Garcia, Jr. 6145 Andreozzi Lan Windermere, FL, 34786 | Ford Motor Credit | ☐ D ☑ E/F ☐ G |
| 2.4 Jospeh Garcia, Jr. | Jospeh Garcia, Jr. 6145 Andreozzi Lan Windermere, FL, 34786 | GM Financial | ☐ D ☑ E/F ☐ G |
| 2.5 Joseph Garcia, Jr. | Joseph Garcia, Jr. 6145 Andreozzi Lan Windermere, FL, 34786 | GM Financial | ☐ D ☑ E/F ☐ G |
| 2.6 Jospeh Garcia, Jr. | Jospeh Garcia, Jr. 6145 Andreozzi Lan Windermere, FL, 34786 | GM Financial | ☐ D ☑ E/F ☐ G |

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* | 6:18-bk-04155-CCJ |
|--------|----------------------------------------|--------------------------|--------------------|
|        | Name                                   |                          |                    |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**7** | Jospeh Garcia, Jr. | Jospeh Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | M2 Lease Funds LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**8** | Joseph Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | CAN Capital Asset Servic | ☑ D<br>☐ E/F<br>☐ G |
| 2.**9** | Joseph Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | CIT Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.**10** | Jospeh Garcia, Jr. | Jospeh Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Branch Banking and Trus | ☐ D<br>☑ E/F<br>☐ G |
| 2.**11** | Joseph Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Navitas Credit Corp. | ☑ D<br>☐ E/F<br>☐ G |
| 2.**12** | Joseph Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Seacoast National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.**13** | Joseph Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Seacoast National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.**14** | Joseph Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Seacoast National Bank | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* 6:18-bk-04155-CCJ |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.15 | Jospeh Garcia, Jr. | Jospeh Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Seacoast National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | Jospeh Garcia, Jr. | Jospeh Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | ABC Merchant Solutions, | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | Joseph Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL | Currency Capital | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 | Jospeh Garcia, Jr. | Jospeh Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Seacoast National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | Jospeh Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | BOK Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | Jospeh Garcia, Jr. | Joseph Garcia, Jr.<br>6145 Andreozzi Lan<br>Windermere, FL, 34786 | Fidelity Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    American Forklift Rental & Supply, LLC

United States Bankruptcy Court for the:   Middle District of Florida

Case number (If known):    6:18-bk-04155-CCJ

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2018<br>MM / DD / YYYY   to | Filing date | ☑ Operating a business<br>☐ Other _____ | $    750,000.00 |
   | **For prior year:** | From 01/01/2017<br>MM / DD / YYYY   to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $    1,796,844.00 |
   | **For the year before that:** | From 01/01/2016<br>MM / DD / YYYY   to | 12/31/2016<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | 1,977,069.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2018<br>MM / DD / YYYY   to | Filing date | Rents from Mobile Office Trailer @ 538 | $    21,000.00 |
   | **For prior year:** | From 01/01/2017<br>MM / DD / YYYY   to | 12/31/2017<br>MM / DD / YYYY | Rents from Mobile Office Trailer @ 538 | $    30,000.00 |
   | **For the year before that:** | From 01/01/2016<br>MM / DD / YYYY   to | 12/31/2016<br>MM / DD / YYYY | Rents from Mobile Office Trailer @ 538 | $    30,000.00 |

| Debtor | American Forklift Rental & Supply, LLC | Case number (*if known*) | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ _____ _____ | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ _____ _____ | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name _____ _____ **Relationship to debtor** _____ | _____ _____ _____ | $_____ | |
| 4.2. | _____ Insider's name _____ _____ **Relationship to debtor** _____ | _____ _____ _____ | $_____ | |

| | |
|---|---|
| Debtor | American Forklift Rental & Supply, LLC |
| | Name |

Case number (if known) 6:18-bk-04155-CCJ

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | American Forklift Rental & Supply, LLC v. Ultimate Granite LLC | Breach of Contract, Fraud, Unpaid Check | Ninth Judicial Circuit in and for Orange County, Florida | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2016-CA-00883-O<br>_____ | | | |
| 7.2. | **Case title**<br>American Forklift Rental & Supply v. ABC Merchant Services, LLC | | **Court or agency's name and address**<br>Ninth Judicial Circuit in and for Orange County, Florida | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2018-CA-003283-O<br>_____ | Usurious Loan in Violation of Fla | | |

---

| Debtor | American Forklift Rental & Supply, LLC | Case number (if known) | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | American Forklift Rental & Supply, LLC | Case number (if known) | 6:18-bk-04155-CCJ |
|--------|----------------------------------------|------------------------|-------------------|
|        | Name |  |  |

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _Melissa Youngman, PA_____ | | 6/22/2018_____ | $_10,000.00 |
| | **721 Maitland Avenue,** **Altamonte Springs, FL 32701** | | 6/26/2018 | $5,000.00 |

| | **Email or website address** |
|---|---|
| | www.melissayoungman.com_____ |

| | **Who made the payment, if not debtor?** |
|---|---|
| | _____ |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |

| | **Email or website address** |
|---|---|
| | _____ |

| | **Who made the payment, if not debtor?** |
|---|---|
| | _____ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

| | | |
|---|---|---|
| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)*  6:18-bk-04155-CCJ |
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| | | | |
| 14.2. | | From _____ | To _____ |

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* 6:18-bk-04155-CCJ |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    American Forklift Rental & Supply, LLC _____    Case number (*if known*) 6:18-bk-04155-CCJ
        Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _Seacoast Bank_____<br>Name | XXXX–__9071___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 3/14/2018 | $_overdrawn_____ |
| 18.2. _Seacoast Bank_____<br>Name | XXXX–9861__ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | __3/16/18_____ | $_overdrawn__ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* | 6:18-bk-04155-CCJ |
| --- | --- | --- | --- |
| | Name | | |

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| _____<br>Name | | | $_____ |

---

### Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| _____<br>Name | _____<br>Name | | _____ |

---

| Debtor | American Forklift Rental & Supply, LLC | | Case number (if known) | 6:18-bk-04155-CCJ |
|---|---|---|---|---|
| | Name | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____   To _____ |

| Debtor | American Forklift Rental & Supply, LLC | Case number *(if known)* | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Karmen Consulting Group, LLC | From 01/01/2016 |
| Name | To 07/12/2018 |
| Herman Cruz Avila, 976 N. Ronald Reagan Blvd., Longwood, FL 32750 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Joseph Garcia, Jr. | |
| Name | |
| 5387 LB McLeod Road, Orlando, FL | |

---

Debtor __American Forklift Rental & Supply, LLC_____     Case number (if known)__6:18-bk-04155-CCJ_____
    Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor  American Forklift Rental & Supply, LLC
        _____
        Name

Case number *(if known)* 6:18-bk-04155-CCJ

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ <br> Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _Joseph Garcia, Jr._____ | 6145 Adreozzi Lane, Windermere, FL 34786_____ | Sole Managing Member__ | **100%____** |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Joseph Garcia, III <br> Name <br> 6145 Andreozzi Lan <br> Windermere, FL 34786 | 60,000.00 | _____ <br> _____ <br> _____ | Employee Compensation @ $5,000 per month between July 12, 2017 to July 12, 2018 |
| Relationship to debtor <br> Employee of Debtor and Son of Joseph Garcia, Jr._____ | | _____ <br> _____ | |

| Debtor | American Forklift Rental & Supply, LLC | Case number (*if known*) | 6:18-bk-04155-CCJ |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | 150,000.00 | | Monthly Comp |
|---|---|---|---|---|
| 30.2 | Joseph Garcia, Jr. | | | |
| | Name | | | |
| | 6145 Andreozzi Lan | | | |
| | Windermere, FL 34786 | | | |
| | | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/14/2018
                MM  / DD  / YYYY

✘ /s/ Joseph Garcia, Jr.                        Printed name  Joseph Garcia, Jr.
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name   American Forklift Rental & Supply, LLC

Case number *(if known)*   6:18-bk-04155-CCJ

### Continuation Sheet for Official Form 207

7) Legal Actions

Central Florida Cable Communications, Inc. v.
 American Forklift Rental & Supply, LLC

2017-CA-003103-O

Breach of Contract

9th Judicial Circuit in and for Orange County, Florida

Pending

-------

RLC Funding, a Division of Navitas Lease Corp. v.
 American Forklift Rental & Supply, LLC, et al.

2018-CA-007209-O

Breach of Contract

Circuit Court, 9th Judicial Circuit in and for Orange County, Florida

Pending

-------

ABC Merchant Solutions, LLC v. American Forklift Rental & Supply, LLC

Consent Judgment entered without lawsuit.

Supreme Court of the State of New York, County of Ontario

27 N Main St #130, Canandaigua, NY 14424

Concluded

-------